# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**EDGAR D. ENCISO,**

      Plaintiff,

  -vs-                                Case No. 11-C-722

**TALGO, Inc., a wholly-owned subsidiary of PATENTES TALGO, S.L.,**

      Defendant.

# DECISION AND ORDER

This is a Title VII action alleging retaliation for complaints about age and race discrimination. Edgar Enciso, a former human resources manager for Talgo, Inc., moves to compel responses to interrogatories and the production of documents for inspection and copying. Reading between the lines of the parties' submissions, it does not appear that Talgo objects to this aspect of Enciso's motion.

However, Talgo does oppose Enciso's request for an extension of the discovery deadline, which expired on April 19, 2013. Enciso argues that his counsel needs more time to evaluate the information that Talgo will disclose (or has recently disclosed) in order to complete discovery. Talgo argues that it is unfair for Enciso to wait so long into the process before noticing depositions of witnesses whose identities were previously known. First, the Court agrees that the more efficient way to handle this situation is in the manner contemplated by Enciso: "Taking the depositions at this point would only necessitate a second deposition on the information received in response to the outstanding

discovery requests, which would be an undue waste of the parties' resources and time." ECF No. 39, Plaintiff's Motion at 3. Second, Enciso's discovery requests were initially served on September 24, 2012, so they cannot be blamed for engaging in dilatory tactics. Since it took so long for Talgo to file complete responses to Enciso's discovery requests, the Court concludes that there is good cause to extend the discovery deadline. Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court will extend the discovery deadline, but as a matter of fairness, the Court will also extend the dispositive motion deadline (recognizing, of course, that a motion for summary judgment can be filed at any time, *see Eastland Music Group, LLC v. Lionsgate Entm't, Inc.*, 707 F.3d 869, 870-71 (7th Cir. 2013)). Depending on when or if dispositive motions are filed, the currently-scheduled trial date (October 7, 2013) may need to be postponed, but the Court will leave the date on the docket for now.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

1. Enciso's motion to compel [ECF No. 39] is **GRANTED**;

2. The deadline for the completion of discovery in this case is **June 19, 2013**; and

3. The deadline for filing dispositive motions is **July 31, 2013**.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2013.

                                                 **BY THE COURT:**

                                                 *(signature)*
                                                 **HON. RUDOLPH T. RANDA**
                                                 **U.S. District Judge**