**H&M**
**HEINS & MINKO**

*Fighting for employees and their rights*

*Janet L. Heins*
*David Minko*
*(1966 – 2013)*
*Mark L. Snell*
*Erica N. Reib*
*Michael J. Gentry*

*www.heinsminko.com*

September 3, 2014

Hon. Rudolph T. Randa
United States District Court
Eastern District of Wisconsin
United States Courthouse, Room 310
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    <u>Enciso v. AER Services, Inc.</u>
              Case No. 11-C-0722

Dear Judge Randa:

The parties have privately resolved this case and request that the Court remove the trial scheduled to begin on Monday, September 8, 2014 from the calendar. The parties will provide a stipulation for dismissal as soon as possible.

Please contact me if you have any questions.

Sincerely,
HEINS & MINKO LLC

*s/ Janet L. Heins*

Janet L. Heins
Attorney at Law
jheins@heinslawoffice.com

    cc:    Mr. Edgar D. Enciso
            Tomislav Kuzmanovic, Esq.

Heins & Minko LLC – 1001 West Glen Oaks Lane, Suite 101 – Mequon, Wisconsin 53092
(262) 241-8444 voice - (866) 241-8444 toll free - (262) 241-8455 facsimile – wisconsinemploymentlaw@heinslawoffice.com

Case 2:11-cv-00722-RTR   Filed 09/03/14   Page 1 of 1   Document 110